# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**RYAN BOROSH,**

    **Plaintiff(s),**

**v.**                                        **CASE NO:  8:11-CV-2063-T-30TGW**

**AAA AUTO CLUB SOUTH, INC.,**

    **Defendant(s).**

_____/

## ORDER OF DISMISSAL

The Court has been advised via a Mediation Report (Dkt. #15) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this Order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

**DONE and ORDERED** in Tampa, Florida on November 15, 2011.

                                              JAMES S. MOODY, JR.
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record